# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1467
_____

SHAWN THOMAS GAINEY,

Appellant,

v.

JESSICA SELLERS as Guardian
ad Litem for Dan Riedel,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

July 17, 2024

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Shawn T. Gainey, pro se, Appellant.

Tracy Wayne Cary of Alabama Personal Injury Lawyers, LLC, Birmingham, AL, for Appellee.